United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS RUIZ,

        Plaintiff,

  v.

O. KETCHAM,

        Defendant.

Case No. 16-cv-04378-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), this case is REFERRED to the Honorable Kandis A. Westmore for consideration of whether the case is related to *Ruiz v. O. Ketcham*, No. 14-cv-04470-KAW (N.D. Cal. filed Oct. 6, 2014).

**IT IS SO ORDERED**.

Dated: August 15, 2016



WILLIAM H. ORRICK
United States District Judge